IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br><br>vs<br><br>ALBA DOMINGA GOMEZ DE-MORALES<br>Defendants | CRIMINAL 07-0148CCC |

# O R D E R

Having considered the Report and Recommendation filed on June 25, 2007 **(docket entry 29)** on a Rule 11 proceeding of defendant Alba Dominga Gomez De-Morales held before Magistrate Judge Camille Velez-Rive on June 25, 2007, to which no opposition has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant Alba Dominga Gomez De-Morales is accepted. The Court FINDS that her plea was voluntary and intelligently entered with awareness of her rights and the consequences of pleading guilty and contain all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since June 25, 2007. The **sentencing hearing is set for September 25, 2007 at 4:15 PM.**

SO ORDERED.

At San Juan, Puerto Rico, on June 28, 2007.

S/CARMEN CONSUELO CEREZO
United States District Judge